LISA PETERSON (SBN 292798)
lpeterson@fisherphillips.com
ARTHUR L. RAMIREZ (SBN 345336)
aramirez@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

Attorneys for Defendant
DHL EXPRESS (USA), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADRIAN GOODALL, an individual,

Plaintiff,

v.

DHL EXPRESS (USA), INC., an Ohio Corporation,

Defendants.

Case No.: 3:25-cv-04548-TSH

[*Removed from Los Angeles County Superior Court, Case No. 25CV116362*]

**[ ORDER GRANTING DISMISSAL**

Complaint Filed: March 24, 2025
Removal Filed: May 29, 2025

Trial Date: November 16, 2026

**ORDER**

On September 15, 2026, the parties filed a joint stipulation to dismiss this action with prejudice ("Stipulation"). The Court, having reviewed the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows:

1. The above-entitled action is DISMISSED with prejudice, and

2. All attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

IT IS SO ORDERED.

Dated: September 15, 2026 By: ______________________
HON. THOMAS S. HIXSON
United States Magistrate Judge